UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BANKERS INSURANCE COMPANY, | * | |
| PLAINTIFF | | NO. 2:20-cv-03417 |
| | * | |
| VERSUS | | JUDGE: AFRICK |
| | * | |
| EARNEST WILLAMS, ANNIE WILLIAMS, | | MAG: CURRAULT |
| MARK TRAVIES, NORA NORTON, | * | |
| NARIAN JACKSON, EARNEST WILLIAMS, JR., | | |
| And DIAGNOSTIC AND INTERVENTIONAL | * | |
| SPINAL CARE OF LOUISIANA, | | |
| DEFENDANTS | * | |

-----------------------------------------------------------------------------------------------------------------

## WILLIAMS DEFENDANTS' MOTION TO DISMISS BANKERS INSURANCE COMPANY'S COMPLAINT FOR DECLARATORY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendants, Earnest Williams, Annie Williams, Mark Travies, Nora Norton, Narian Jackson, and Earnest Williams, Jr., (herein referred to as "Earnest Williams et al.") for reasons discussed in the attached Memorandum in Support, who move this court to dismiss Plaintiff's suit on grounds of abstention pursuant to Rule 12(b)(1), or in the alternative, dismiss for failure to state a claim for which relief can be granted pursuant to Rule 12(b)(6) and/or 12(c) of the Federal Rules of Civil Procedure.

WHEREFORE, Defendants, Earnest Williams, et al., pray that this court grant their Motion to Dismiss on Grounds of Failure to State a Claim for which Relief can be Granted, and/or Motion for Judgment on the Pleadings, or in the alternative, Motion to Dismiss on Grounds of Abstention.

Respectfully submitted,

CAPITELLI AND WICKER

  /s/ Vincent E. Odom_____
T. Carey Wicker, III, La. Bar No. 13450
Vincent E. Odom, La. Bar No. 36918
Michael S. Sepcich, La. Bar No. 24877
1100 Poydras St., Ste. 2950
New Orleans, LA 70163
Phone:  (504) 582-2425
Fax:  (504) 582-2422
Counsel for Earnest Williams, Annie
Williams, Mark Travies, Nora Norton,
Narian Jackson and, Earnest Williams, Jr.

## CERTIFICATE OF SERVICE

    I hereby certify that on February 16, 2021, a copy of the above and foregoing pleading has been filed using the CM/ECF electronic filing system which will send notice of this electronic filing to all counsel of record.

  /s/Vincent E. Odom_____
Vincent E. Odom, La. Bar No. 36918