UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BANKERS INSURANCE COMPANY** | **CIVIL ACTION** |
| **VERSUS** | **No. 20-3417** |
| **EARNEST WILLIAMS, ET AL.** | **SECTION 1** |

## JUDGMENT

On this date, the Court issued an order and reasons granting two motions to dismiss. The first motion[1] was filed by defendants Annie Williams, Mark Travies, Nora Norton, Narian Jackson, and Earnest Williams, Jr. (the "Williamses"). The second motion[2] was filed by Diagnostic and Interventional Spinal Care of Louisiana, Inc. and Khader Samer Shamieh (the "Diagnostic defendants"). The granting of these motions dismissed all claims asserted by the plaintiff against every defendant in this case. Accordingly,

**IT IS ORDERED** that the defendants' motions to dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure are **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned case is **DISMISSED.**

New Orleans, Louisiana, April 15, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 11.
[2] R. Doc. No. 12.